Submitted November 12, affirmed December 23, 2020, petition for review denied March 18, 2021 (367 Or 709)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANTHONY LEE McTHROW,
*Defendant-Appellant.*

Lane County Circuit Court
18CR61223; A170423

478 P3d 607

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and David Sherbo-Huggins, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Michael A. Casper, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Coons*, 300 Or App 618, 455 P3d 564 (2019), *rev den*, 366 Or 382 (2020).